Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Telebrands Corp.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> WWW.CHRISTMAS-DECORS.COM,   WWW.TIDETAB.COM, and WWW.HUMIAYO.COM, <br><br> *Defendants* | **CIVIL CASE NO. 21-cv-7799 (CM)** <br><br> [PROPOSED] **ORDER FOR RETURN OF SECURITY BOND** |

Case 1:21-cv-07799-CM   Document 46   Filed 03/27/26   Page 2 of 2

The Court, having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the One Thousand U.S. Dollar ($1,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the One Thousand U.S. Dollar ($1,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 31 day of Maul , 2026, at 12:45 p.m.

HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE